# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine L. Chao, Secretary of Labor, U.S. Department of Labor | 08 C 193 |
| **DEFENDANT** James Loughrey, Custodian of Records & Trustee of Loma Services, Inc. Simple IRA Plan | **TYPE OF PROCESS** Petition & Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Loughrey, Custodian of Records & Trustee of Loma Services, Inc. Simple IRA Plan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8402 S. Hillside Drive, Palos Park, IL 60464

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rafael Alvarez
U.S. Department of Labor-Office of the Solicitor
230 S. Dearborn St., Rm. 844
Chicago, IL 60604

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Telephone Numbers: (708) 448-7950; (708) 448-8402

James Loughrey must be personally served with the Petition and Order.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (312) 353-1144
DATE: 2/7/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 02-08-08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Mrs Loughrey Wife

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/20/08   Time: 5:07 pm

FILED MAR 0 7 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 96.00 | 25.46 | — | 121.46 | 0 | 121.46 |

REMARKS: 1-DUSM  2-Hours  52.5 miles

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)