Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 193 | **DATE** | 4/30/2008 |
| **CASE TITLE** | ELAINE L. CHAO vs. JAMES LOUGHREY | | |

**DOCKET ENTRY TEXT**

Respondent not in court. Status hearing held. It is hereby ordered that Respondent James Loughrey appear before this Court on 6/30/08 at 9:30 a.m. for a show cause hearing. It is hereby ordered that the U.S. Marshal shall serve a copy of this order on Respondent James Loughrey within 10 days of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|