UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

---

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

              Petitioner,

Case No.: 1:08-cv-00193

JAMES LOUGHREY, CUSTODIAN OF
RECORDS AND TRUSTEE OF LOMA
SERVICES, INC. SIMPLE IRA PLAN,

              Respondent.

---

### ORDER TO SHOW CAUSE

Upon consideration of the **PETITION TO COMPEL RESPONDENT TO COMPLY WITH SUBPOENA DUCES TECUM**, and the exhibits submitted in support thereof, it is hereby **ORDERED** that Respondent **JAMES LOUGHREY, CUSTODIAN OF RECORDS AND TRUSTEE OF LOMA SERVICES, INC. SIMPLE PLAN**, appear before this court at 9:30 A .m. on June 30, 2008, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, to show cause, if any, why the prayer of said request to show cause should not be granted.

**IT IS HEREBY ORDERED** that the United States Marshal shall serve a copy of this order on Respondent within ten (10) days and order to Respondent James Loughrey, Custodian of Records and Trustee of Loma Services, Inc. Simple IRA Plan.

Ordered on April 30, 2008.

APR 3 0 2008

HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE