**Department of Justice**
United States Marshals Service
Northern District of Illinois

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** May 1, 2008

**Re:** Case#08C193

FILED

MAY - 6 2008
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

I am returning the attached case #08C193 an address has not been provided for the party to be served. In order for the United States Marshals Service to serve this process an address must be provided.

Tamar
Civil Process

1

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 193 | DATE | 4/30/2008 |
| CASE TITLE | ELAINE L. CHAO vs. JAMES LOUGHREY | | |

**DOCKET ENTRY TEXT**

Respondent not in court. Status hearing held. It is hereby ordered that Respondent James Loughrey appear before this Court on 6/30/08 at 9:30 a.m. for a show cause hearing. It is hereby ordered that the U.S. Marshal shall serve a copy of this order on Respondent James Loughrey within 10 days of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

MICHAEL W. DOBBINS, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 5/1/08

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|

08C193' ELAINE L. CHAO vs. JAMES LOUGHREY

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

---

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

                Petitioner,

                                  Case No.: 1:08-cv-00193

JAMES LOUGHREY, CUSTODIAN OF
RECORDS AND TRUSTEE OF LOMA
SERVICES, INC. SIMPLE IRA PLAN,

                Respondent.

---

### ORDER TO SHOW CAUSE

Upon consideration of the **PETITION TO COMPEL RESPONDENT TO COMPLY WITH SUBPOENA DUCES TECUM**, and the exhibits submitted in support thereof, it is hereby **ORDERED** that Respondent **JAMES LOUGHREY, CUSTODIAN OF RECORDS AND TRUSTEE OF LOMA SERVICES, INC. SIMPLE PLAN**, appear before this court at 9:30 A .m. on June 30, 2008, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, to show cause, if any, why the prayer of said request to show cause should not be granted.

**IT IS HEREBY ORDERED** that the United States Marshal shall serve a copy of this order on Respondent within ten (10) days and order to Respondent James Loughrey, Custodian of Records and Trustee of Loma Services, Inc. Simple IRA Plan.

Ordered on April 30, 2008.

HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE