# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Elaine L. Chao

            Plaintiff,

v.                                   Case No.: 1:08−cv−00193
                                        Honorable Ronald A. Guzman

James Loughrey

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Minute entry dated 7/1/08 [doc. no. 12] is stricken as entered in error. Show cause hearing held on 6/30/2008. Respondent James Loughrey not in court. Status hearing set for 8/6/08 at 9:30 a.m. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.