**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
**ELAINE L. CHAO**, Secretary of Labor,   :
United States Department of Labor,   :
:
                               Petitioner,   :
:      CIVIL ACTION
            v.   :
:      File No. 1:08-CV-00193
**JAMES LOUGHREY, CUSTODIAN OF**   :
**RECORDS AND TRUSTEE OF LOMA**   :
**SERVICES, INC. SIMPLE IRA PLAN,**   :      JUDGE GUZMAN
:
                           Respondent.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF FILING**

     PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at the hour of 9:30 a.m., an attorney from this office shall appear before Judge Ronald A. Guzman, Courtroom 1219, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and shall present the **Secretary's Proposed Order of Contempt,** a copy of which has been served upon you, at which time and place you

may appear if you so see fit.

                                                Respectfully submitted,

                                                **GREGORY F. JACOB**
                                                Solicitor of Labor

                                                **JOAN E. GESTRIN**
                                                Regional Solicitor

                                                s/ Rafael Alvarez

**P.O. ADDRESS:**                              **RAFAEL ALVAREZ**
Office of the Solicitor                     Senior Trial Attorney
U.S. Department of Labor
230 South Dearborn Street             Attorneys for Elaine L. Chao,
Eighth Floor                                 Secretary of Labor, United States
Chicago, Illinois 60604                 Department of Labor,
Telephone: (312) 353-1144            Petitioner

**CERTIFICATE OF SERVICE**

      I certify that one copy of each of the foregoing *Notice of Filing* and proposed *Order of Contempt* have been served this 11th day of July, 2008, by first-class mail to the following individual:

                James Loughrey
                8402 S. Hillside Dr.
                Palos Park, IL 60464

**P.O. ADDRESS:**

| | |
|---|---|
| Office of the Solicitor | s/ Rafael Alvarez |
| U.S. Department of Labor | **RAFAEL ALVAREZ** |
| 230 South Dearborn Street | Senior Trial Attorney |
| Room 844 | |
| Chicago, Illinois 60604 | One of the Attorneys for Elaine L. Chao, |
| Telephone: 312/353-1144 | Secretary of Labor, United States |
| Facsimile: 312/353-5698 | Department of Labor, Petitioner |