# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 193 | **DATE** | 8/6/2008 |
| **CASE TITLE** | ELAINE L. CHAO vs. JAMES LOUGHREY | | |

**DOCKET ENTRY TEXT**

Enter order of contempt on James Loughrey. It is hereby ordered that the U.S. Marshal shall serve a copy of this order with ten (10) days on Respondent, James Loughrey.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: CG