UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>**JAMES LOUGHREY, CUSTODIAN OF RECORDS AND TRUSTEE OF LOMA SERVICES, INC. SIMPLE IRA PLAN,**<br><br>Respondent. | Case No.: 1:08-CV-00193 |

## ORDER

Upon consideration of the **PETITIONER'S SUBMISSION ON ATTORNEY'S FEES AND COSTS**, and the Declaration of Rafael Alvarez, it is hereby **ORDERED** that Respondent **JAMES LOUGHREY, CUSTODIAN OF RECORDS AND TRUSTEE OF LOMA SERVICES, INC. SIMPLE IRA PLAN,** shall pay the Secretary of Labor $4,310.32 in attorney's fees and costs.

Ordered on _____, 2008.

_____
**HONORABLE RONALD A. GUZMAN**
UNITED STATES DISTRICT JUDGE