# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 193 | **DATE** | 9/5/08 |
| **CASE TITLE** | CHAO vs. LOUGHREY | | |

**DOCKET ENTRY TEXT**

Enter order for writ of body attachment as to James Loughrey.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

FILED-FO1
2008 SEP -9 AM 9: 24
U.S. DISTRICT COURT