UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

      Petitioner,

            Case No.: 1:08-cv-00193

JAMES LOUGHREY, CUSTODIAN OF
RECORDS AND TRUSTEE OF LOMA
SERVICES, INC. SIMPLE IRA PLAN,

      Respondent.

---

## ORDER FOR — WRIT OF BODY ATTACHMENT

TO THE UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS

This matter initially came before the Court on a Petition for Subpoena Enforcement pursuant to §504(a)(1) of the Employee Retirement Income and Security Act of 1974, as amended, 29 U.S.C. §1001 *et seq.* See 29 U.S.C. §1134(a)(1). The Court ordered Mr. James Loughrey, Custodian of Records and Trustee of Loma Services, Inc. Simple IRA Plan to appear on August 27, 2008, at a Contempt Hearing, and Mr. Loughrey did not appear even though Mr. Loughrey was served by the United States Marshal. Mr. Loughrey has failed to appear and respond to the Court's Order.

THEREFORE, IT IS ORDRED that the United States Marshals Service attach Mr. Loughrey so as to have the body of Mr. Loughrey before this Court forthwith, at which time this writ of attachment is returnable before this Court. The United States Marshals Service shall attempt to serve Mr. Loughrey at his address, 8402 S. Hillside Drive, Palos Park, IL. When brought before this Court, Mr. Loughrey shall then and there answer to the charge of Contempt of this Court for failure to comply with, and obey, the aforesaid Order of this court.

So ORDERED this  5th  day of  September, 2008.  (9/5/08)

*Ronald A. Guzman*

HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT OF ILLINOIS